ACCEPTED
03-14-00492-CV
4102658
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/11/2015 9:46:27 AM
JEFFREY D. KYLE
CLERK



February 11, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/11/2015 9:46:27 AM

JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

*Via E-Filing*

Re:     03-14-00492-CV; *W. Robert Brown. v. Glenn Hegar, Comptroller of Public Accounts of Texas, and Ken Paxton, Attorney General of Texas*

Mr. Kyle:

In response to your letter dated February 6, 2015, please note that I will argue this case before the Court at 1:30 p.m. on March 11, 2015.

Respectfully submitted,

*/s/Charles K. Eldred*
CHARLES K. ELDRED
Attorney in Charge
Financial Litigation, Tax, and
Charitable Trusts Division
State Bar No. 00793681
P.O. Box 12548
Austin, Texas 78711-2548
512-475-1743
512-477-2348 (fax)
charles.eldred@texasattorneygeneral.gov
Attorneys for Appellees

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2015, a true and correct copy of the foregoing was sent to the Appellant's attorney of record via e-service and/or electronic mail as follows:

Douglas R. Little
doug@douglasrlittle.com

*/s/Charles K. Eldred*
CHARLES K. ELDRED